UNITED STATES DISTRICT COURT
District of Maine

**MICHAEL J. REYNOLDS,**

    **Plaintiff**

**v.**                                              **\*\*Civil No. 06-185-P-S**

**LANCASTER COUNTY COURT
OF COMMON PLEAS,**

    **Defendants**

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 19, 2007, her Recommended Decision (Docket No. 7). Plaintiff filed his Objection to the Recommended Decision (Docket No. 8) on March 27, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    Plaintiff's Complaint is **DISMISSED** without prejudice.

    /s/George Z. Singal_____
    Chief U.S. District Judge

Dated: April 18, 2007